05/24/25

...was wrongfully detained... OKCPD Officers Jalen Bullock #2439, William Cook #2249, Christopher Mendenhall #2155, & Michael Smallwood (59384). My detainment happened due to acts of perjury, admitted in court.

While having my 4th & 14th Amendment rights violated, I (Nathaniel Curtis) Owner & sole proprietor of Love Team, LLC, had various company products & equipment burglarized due to egregious acts committed by OKCPD officers in pursuit of fallacious charges.

## Personal Property Damage:

-Equitable Damage to Love Team LLC - 250,000.00
• Intellectual property, that retains perpetuity, was damaged/irreplaceable
-Naumann Condenser Microphone (1yr ol) - 3,000.00
-Acer Nitro Gaming Laptop (~5yrs) - Org MSRP 770.00
-PreSonus Quantum 2SA (1yr) - 340.00
- MPK Mini Keyboard Gen 3 (1yr) - 100.00
- Social Security Card - 75.00
- iphone 6 (~10yrs) - 280.00
- iphone 8 (~10yrs) -

$ 254,465.00 USD

1/3

A report was filed with police

Curtis, Nathaniel   #PER2500072859

I obtained a personal copy of paper work from
Leon Spaugy (54962) @ 06/10/2025 - 12:19

2/3

It should also be noted that I was charged twice behind this same situation. First 05/24/25 a later 11/25. With the first charge being obviously erroneous, ~~it is hard~~ it is incredibly difficult to not view the second set of charges as malicious prosecution/targeting by the Oklahoma Judiciary system. After conversing with well respected attorneys, I was made aware that in such cases multiple/ a different DA obtains the case. That fact, along with proven police perjury in court, and the collective gross misconduct of all arresting officer is why I believe my claims are licit a deserving of restitution. Under 42 U.S.C §1983 my 4th a 14th amendmeat rights were violated.

✗ Unfortunately due to this mishap (of a serious nature) I am without financial backing a currently cannot afford to spend what little I have saved in order to provide an investigator with stenographer transcripts. However, I do believe upon thorough analysis of police, District Court, and personal testimony from the plaintiff's only witness, the claims I (Nathaniel Curts) have made regarding Incident Report 2025-0038227-1 / CF-2025-3087 hold validity. I apologies for the ~~delay~~ my shortcomings will cause.

Best Regards,
— Nathaniel Curts

Love Jean, LLC

3/3